**WE STRIVE TOWARD EXCELLENCE**
Ad Excelleum Conamur

## City of St. Louis

Lyda Krewson, Mayor



### CITY JUSTICE CENTER
### INFORMATION REPORT

To: Captain J. Adams

From: CO1 Melvin Williams #1213

Date: 05/18/2020
Subject: Informational

At the beginning of 2nd shift I, Ofc. M. Williams was directed by Lieutenant Baker to relieve Ofc. Barringer so he could report to 5 Bravo to assist, and return back to 5 Alpha, it was passed to me by inmate Pope, Ronnie inm 165471 that the items in his cell was tossed on the floor and it was personal. Upon investigating the cell, it was observed that all Pope's food was tossed all over the ground and not properly searched.

Respectfully submitted,
C.O.1. Melvin Williams 1213

Melvin Williams



City of St. Louis
LYDA KREWSON, MAYOR

WE STRIVE TOWARD EXCELLENCE
AD EXCELLEUM CONAMUR

DEPARTMENT OF PUBLIC SAFETY
JIMMIE EDWARDS, DIRECTOR

DIVISION OF CORRECTIONS
DALE GLASS, COMMISSIONER

To: Superintendent Adrian Barnes- City Justice Center

From: Correctional Investigator Aviane Strong- Internal Affairs

Date: May 19, 2020

Subject: Officer Clifford Barringer/ Inmate Ronnie Pope #165471

On May 19, 2020 Lt. Evans contacted me, Investigator Strong to review the cameras regarding an allegation reported by inmate Ronnie Pope #165471. Inmate Pope alleged that 3rd shift officer Barringer took a broom stick and stuck it through the chuckhole of cell #30 and hit him.

I, Investigator Strong reviewed video (camera #218) and at approximately 0522 hours I observed Correction Officer Clifford Barringer walk to cell #30 and stick a broom stick through the chuckhole and move it around. Then Officer Barringer stood outside cell #30 arguing with the inmate. The inmate pushed his tray out the chuckhole towards Officer Barringer. Again, Officer Barringer exchanged additional words with the inmate then walked down the stairs and out 5 alpha 1 side housing unit. The inmate in cell #30 is inmate Ronnie Pope #165471

Further investigation revealed on video (camera #208) at approximately 0527 hours Officer Barringer standing in 5 alpha Bubble arguing with an inmate over the intercom. The conversation indicated that Officer Barringer was telling the inmate that he was coming in on second shift and they were going to finish it.

May 15 2020 officer barringer seen my cell he throw my
d every where. So I had officer willams see it an he was
e he didnt even seach my cell he just came an here an
vow your food every where. Than he had my picture that my
mily sent with they money playing talking bout he not
iving them back so I told officer barringer to call A L.T
d he didnt so I told officer barringer I'm not locking
wn to he give me my picture back so he did. Than
n may 19 2020 I was sleep and my cell when I felt some
oking me and it was officer barringer poking with A
tick. I told him to stop when I wake up and he didnt
I turn my back to him and he start doing it to my
iddk back and buttock. I turn back around and grab
e stick and push it out my cell and I told him I dont
lay like he start talking bout he gone kill me when I
ome home. Than my tray hit the ground and he push my
up and my cell and it hit me my back hurting and side
ibs. I dont no officer barringer from the street but I
ont no if he no me I do have A high profile case and
dont no if any of my co-defender or witness told him
get on me or what but I fear for my life.

Ronnie Page                                    5-19-20

Page 2

| To: | Captain Jermanda Adams |
| --- | --- |
| | Captain Alicia Gooch |
| From: | Lieutenant Lakeshia Evans |
| Date: | May 19,2020 |
| Subject: | Inmate Ronnie Pope # 165471 |
| C.c.: | Major Shirley VanTreece |

On May 19, 2020 while conducting a security round in 5 Alpha, inmate Ronnie Pope #165471 (5A1-30) asked if I was the 3rd shift supervisor and I stated no. Inmate Pope then asked if 3rd shift Officer Barringer was still in the unit and I stated no and that this was 1st shift. Inmate Pope then informed me that around 0525 a.m., Officer Clifford Barringer poked him in his stomach serval times with a broom or mop handle while he was asleep. Inmate Pope was asked if he and Ofc. Barringer exchange words or had an issue with each other and he stated that they both always kid and joke back and forth with one another but that he guesses this time Ofc. Barringer got in his feelings. Inmate Pope then went on to inform me that he filed an I.R.R. (via tablet), planned to inform his family/ lawyer about what happened and wanted to know if I could look into the situation. I informed Inmate Pope that I would check into the information and get back with him. Upon returning to the Lieutenant office, I immediately emailed Ms. Strong and Officer Sharp to inform them of the situation and to see if they could review the video. I later received a phone call from Ms. Strong informing me that Ofc. Barringer did use a mop or broom handle push through Inmate Pope's cell.

Respectfully Submitted,

Lieutenant Lakeshia Evans

THE STATE OF MISSOURI,

CITY OF ST LOUIS

## AFFIDAVIT

Before me, the undersigned authority, personally appeared **Jamie Lambing**, who, being by me duly sworn, deposed as follows:

My name is **Jamie Lambing**, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of **The City of St. Louis Division of Corrections**. Attached hereto are _409__ pages records from **The City of St. Louis Division of Corrections**. These _409__ pages of records and are kept by Corizon, LLC ("Corizon"), a contractor of the City of St. Louis and **the City of St. Louis Division of Corrections,** in the regular course of business. It was the regular course of business of **The City of St. Louis Division of Corrections** for an employee or representative assigned to the **The City of St. Louis Division of Corrections** with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such records; and the records were made at or near the time of the act, event, condition, opinion or diagnosis therein. *Medical records for inmate Pope, Ronnie  IMN 165471;* attached hereto are the original or exact duplicates of the original

..............................................

/Affiant

In witness whereof I have hereunto subscribed my name and affixed my official seal

This 7th day of July, 2020.

....................................................... (Signed)

(Seal)

> LINDA MICHELE CELIS
> Notary Public - Notary Seal
> State of Missouri
> Commissioned for St. Louis City
> My Commission Expires: August 22, 2022
> Commission Number: 18639582